IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD LEWIS COACHMAN,<br>AIS # 283119,<br><br>    Plaintiff,<br><br>v.<br><br>HENRY COUNTY COMM'RS, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:13cv646-WHA<br>)            (WO)<br>)<br>)<br>) |

**OPINION and ORDER**

On October 15, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation be and is hereby ADOPTED;

2. The plaintiff's claims against the Henry County Commissioners be and are hereby DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

3. The plaintiff's claims against Keith Cauthen be and are hereby summarily DISMISSED as malicious pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i); and

4. This case be and is hereby DISMISSED with prejudice.

Done this the 26th day of November 2013.

                                                    /s/ W. Harold Albritton
                                                    W. HAROLD ALBRITTON
                                                    SENIOR UNITED STATES DISTRICT JUDGE